## FORRESTER *v.* THE STATE.

BECK, J. The verdict being without evidence to support it, the trial court erred in not granting a new trial.

*Judgment reversed. All the Justices concur.*

Argued February 19,—Decided March 22, 1906.

Accusation of larceny. Before Judge Park. City court of Sylvester. January 22, 1906.

The facts in this case are reported in *Mitchell* v. *State*, supra.

*Payton & Hay*, for plaintiff in error.

*J. H. Tipton, solicitor*, contra.